07-20952.o1

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20952-CIV-COOKE-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOELY REY,

    Defendant.
_____/

## ORDER RE: MOTION TO STRIKE

**THIS MATTER** is before the Court on plaintiff's Motion to Strike ..., filed November 5, 2007 (D.E. 26). The Court has considered the motion and all pertinent materials in the file. The Court finds that plaintiff is correct as to the timeliness issue, and even more correct as to the relevancy of the material therein. In short, even if the Court were to accept the filing as timely, it has nothing to do with the loan at issue.

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of November, 2007.

                STEPHEN T. BROWN
                UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
        Counsel of record