07-20952.o2

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20952-CIV-COOKE-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOELY REY,

    Defendant.
_____/

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** is before the Court on plaintiff's Motion for Summary Judgment, filed October 10, 2007 (D.E. 17). The Court has considered the motion, the response, the reply and all pertinent materials in the file. The Court finds that plaintiff is correct as to the fact that there is no <u>evidence</u> in the file to contest the exhibits showing that defendant owes the money as alleged.

Defendant is proceeding pro se. As such she is entitled to some liberality. See e.g. <u>Tannenbaum v. United States</u>, 148 F. 3d 1262, 1263 (11th Cir. 1998). However, even pro se litigants must meet the burdens of Federal Rule of Civil Procedure 56, and, given that plaintiff has met the initial burden, defendant must show this Court <u>evidence</u> to create an issue of fact. See e.g. <u>Posadas de Puerto Rico, Inc. v. Radin</u>, 856 F. 2d 399, 401 (11th Cir. 1988). Merely answering the complaint with a denial will not suffice.

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that defendant shall have through and including Friday, November 30, 2007 to make a supplemental filing showing this Court evidence to create a material issue of fact

1

or this Court will recommend granting the motion for summary judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of November, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Marcia G. Cooke
Counsel of record